NOS. 12-10-00347-CR
 12-10-00354-CR
 
 IN THE COURT OF APPEALS 

 TWELFTH COURT OF APPEALS DISTRICT

 TYLER, TEXAS
MISTI GENE YOUNGBLOOM, APPEAL FROM THE 114TH
APPELLANT

V. JUDICIAL DISTRICT COURT OF

THE STATE OF TEXAS,
APPELLEE SMITH COUNTY, TEXAS
 
 MEMORANDUM OPINION
 PER CURIAM
 Appellant has filed a motion to dismiss these appeals, and counsel has filed a motion to withdraw. No decision has been delivered in these appeals. Accordingly, Appellant's motion to dismiss is granted, counsel's motion to withdraw is granted, and the appeals are dismissed. See Tex. R. App. P. 42.2(a).
 Opinion delivered February 16, 2011.
 Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 (DO NOT PUBLISH)--------------------------------------------------------------------------------